# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC49 | E2373507 | A. CIBRIAN | B-182 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 04/11/2025  9:00am | 8 USC 1325 (18 USC 3) |

Place of Offense:
Interstate 10 westbound @ Neighbours Exit

Offense Description: Factual Basis for Charge                    HAZMAT ☐

Accessory after the fact for illegal entry

### DEFENDANT INFORMATION

Last Name: OROZCO
First Name: STEPHANIE
M.I.: M

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | CDL ☐ |
|---|---|---|---|---|---|
| 727 OH3 | CA | 15 | GMC/CANYON | SIL | |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 100    Forfeiture Amount
+ $30    Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov → $ 130.00  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 3470 12TH ST, RIVERSIDE, CA, 92501
Date: 07/01/2025
Time: 9:00 am

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Steph____ O.

Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 11th, 20 25 while exercising my duties as a law enforcement officer in the Central District of California.

SEE ATTACHED

The foregoing statement is based upon:
☐ my personal observation       ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident